**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
Thomas R. Califano (TC-5283)
Vincent J. Roldan (VR-7450)

Attorneys for Appellants Essex House Condominium Corporation
and Marriott International, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :   Chapter 11 Case
DELTA AIR LINES, INC., *et al.*,                            :
                                                            :   Case Nos. 05-17923
                        Debtors.                            :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Essex House Condominium Corporation and Marriott International, Inc. (collectively, "Marriott") by and through their counsel DLA Piper US LLP, hereby appeal to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a) from the Order Approving Stipulation and Order Regarding Termination of Period Under Section 1110 of the Bankruptcy Code With Respect to Aircraft N140LL, N681DA, N682DA, N125DL and N126DL (Docket No. 6355) (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (Judge Adlai S. Hardin, Jr.) on June 26, 2007. A copy of the Order appealed from is attached hereto as Exhibit A.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Parties | Attorneys |
|---|---|
| Delta Air Lines, Inc., et al. | Kristopher Hansen, Esq.<br>Jayme T. Goldstein, Esq.<br>STROOCK & STROOCK & LAVAN, LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006 |
| Essex House Condominium Corporation and Marriott International, Inc. | Thomas R. Califano, Esq.<br>Vincent J. Roldan, Esq.<br>DLA PIPER US LLP<br>1251 Avenue of the Americas<br>New York, NY 10028<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501 |
| Bank of New York as Indenture Trustee | Eric Fishman, Esq.<br>Leo T. Crowley, Esq.<br>PILLSBURY, WINTHROP, SHAW PITTMAN, LLP<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 858-1740 |
| Post-Effective-Date Committee of Delta Air Lines, Inc. et al. | David H. Botter, Esq.<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP<br>590 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002 |
| Ad Hoc Committee of Senior Note Holders | Julia Frost-Davies, Esq.<br>BINGHAM MC CUTCHEN, LLP<br>150 Federal Street<br>Boston, Massachusetts 02110 |

Telephone: (617) 951-8000
Facsimile: (617) 51-8736

F. Mark Fucci, Esq.
BINGHAM MC CUTCHEN, LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 705-7000

Dated: July 5, 2007

DLA PIPER US LLP

By: _____/s/ Thomas R. Califano_____
    Thomas R. Califano (TC-5283)
    Vincent J. Roldan (VR-7450)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Attorneys for Appellants
Essex House Condominium Corporation and
Marriott International, Inc.

# EXHIBIT A

NEWY1\3809282.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
DELTA AIR LINES, INC., et al.,                  :    Case No. 05-17923 (ASH)
                                                :
            Reorganized Debtors.                :    (Jointly Administered)
                                                :
-----------------------------------------------------------------x

### ORDER APPROVING STIPULATION AND ORDER REGARDING TERMINATION OF PERIOD UNDER SECTION 1110 OF THE BANKRUTPCY CODE WITH RESPECT TO AIRCRAFT N140LL, N681DA, N682DA, N125DL AND N126DL

1. On June 4, 2007, Delta Air Lines, Inc. and those of its subsidiaries that were debtors and debtors in possession in these proceedings (collectively, the "Reorganized Debtors")[1] filed a notice of presentment of a stipulation and order, a copy of which is attached hereto as <u>Exhibit 1</u>, regarding the termination of the period under section 1110 of the Bankruptcy Code with respect to Aircraft N140LL, N681DA, N682DA, N125DL and N126DL (the "<u>Stipulation</u>").

2. On June 11, 2007, Essex House Condominium Corporation, together with its parent company, Marriott International, Inc. (together, "<u>Marriott</u>"), filed an objection to the Stipulation.

3. On June 20, 2007, at 3:15 p.m., the Court heard oral arguments on the Stipulation and the Objection and the Court, on the record, made an oral ruling on the Stipulation.

---

[1]   The Reorganized Debtors are the following entities: ASA Holdings, Inc.; Comair Holdings, LLC; Comair, Inc.; Comair Services, Inc.; Crown Rooms, Inc.; DAL Aircraft Trading, Inc.; DAL Global Services, LLC; DAL Moscow, Inc.; Delta AirElite Business Jets, Inc.; Delta Air Lines, Inc.; Delta Benefits Management, Inc.; Delta Connection Academy, Inc.; Delta Corporate Identity, Inc.; Delta Loyalty Management Services, LLC; Delta Technology, LLC; Delta Ventures III, LLC; Epsilon Trading, Inc.; Kappa Capital Management, Inc.; and Song, LLC.

      4. The Court overrules the Objection for the reasons set forth on the record and approves the Stipulation in its entirety.

      IT IS SO ORDERED.

Dated: June 25, 2007
       White Plains, New York

                   /s/ Adlai S. Hardin, Jr.
                   UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
                                   :
In re:                             :
                                   :  Chapter 11 Case No.
DELTA AIR LINES, INC. et al.,[1]   :
                                   :  05-17923 (ASH)
                                   :
                                   :  (Jointly Administered)
          Debtors.                 :
                                   :
                                   :
                                   :

## STIPULATION AND ORDER REGARDING TERMINATION OF PERIOD UNDER SECTION 1110 OF THE BANKRUPTCY CODE WITH RESPECT TO AIRCRAFT N140LL, N681DA, N682DA, N125DL AND N126DL

This Stipulation and Order (the "**Stipulation**") is made as of June 4, 2007 by and between Delta Air Lines, Inc. ("**Delta**") and The Bank of New York, solely as Indenture Trustee (the "**Trustee**" and, together with Delta, the "**Parties**"). Pursuant to this Stipulation, the Parties agree as follows:

WHEREAS, on February 15, 2006, the Court entered an Order approving that certain Modified Restructuring Term Sheet, dated as of February 15, 2006 (as amended, modified or supplemented from time to time, the "**Term Sheet**");

WHEREAS, on April 30, 2007, the Parties entered into following agreements with respect to aircraft identified by Federal Aviation Administration numbers N140LL,

---

[1] The Reorganized Debtors are the following entities: ASA Holdings, Inc.; Comair Holdings, LLC; Comair, Inc.; Comair Services, Inc.; Crown Rooms, Inc.; DAL Aircraft Trading, Inc.; DAL Global Services, LLC; DAL Moscow, Inc.; Delta AirElite Business Jets, Inc.; Delta Air Lines, Inc.; Delta Benefits Management, Inc.; Delta Connection Academy, Inc.; Delta Corporate Identity, Inc.; Delta Loyalty Management Services, Inc.; Delta Technology, LLC; Delta Ventures III, LLC; Epsilon Trading, LLC; Kappa Capital Management, Inc.; and Song, LLC.

22478917v3

N681DA, N682DA, N125DL and N126DL (collectively, the "**Aircraft**"): (a) Restructuring Agreement (N140LL) (the "**N140LL Restructuring Agreement**"); (b) Restructuring Agreement (N681DA) (the "**N681DA Restructuring Agreement**"); (c) Restructuring Agreement (N682DA) (the "**N682DA Restructuring Agreement**"); (d) Restructuring Agreement (N125DL) (the "**N125DL Restructuring Agreement**"); and (e) Restructuring Agreement (N126DL) (the "**N126DL Restructuring Agreement**" and, together with the N140LL Restructuring Agreement, the N681DA Restructuring Agreement, the N682DA Restructuring Agreement and the N125DL Restructuring Agreement, the "**Restructuring Agreements**");

WHEREAS, under section 6.14 of the N140LL Restructuring Agreement, the N681DA Restructuring Agreement and the N682DA Restructuring Agreements and section 6.15 of the N125DL Restructuring Agreement and the N126DL Restructuring Agreement, the Parties agreed to cooperate to cause the Court to approve a stipulation or order to terminate the extension period described in the Term Sheet under Section 1110 of the Bankruptcy Code (the "**Section 1110 Period**") with respect to the Aircraft.

NOW, THEREFORE, the Parties hereby agree, as follows:

1. In accordance with section 6.14 of the N140LL Restructuring Agreement, the N681DA Restructuring Agreement and the N682DA Restructuring Agreements and section 6.15 of the N125DL Restructuring Agreement and the N126DL Restructuring Agreement, the Parties hereby agree that the Section 1110 Period has terminated with respect to the Aircraft.

2. This Stipulation may be executed in multiple counterparts, any of which

22478917v3

may be transmitted by facsimile, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

3.  This Stipulation shall not be modified, altered, amended or vacated without the written consent of all parties hereto. Any such modification, alteration, amendment or vacation, in whole or in part, to the Stipulation shall be subject to the approval of the Court.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

22478917v3

Dated:  New York, New York
        June 4, 2007

By:  /s/ Richard F. Hahn
     _____
     Michael E. Wiles (MW 0962)
     Joseph P. Moodhe (JM 6068)
     Richard F. Hahn (RH 5391)
     DEBEVOISE & PLIMPTON LLP
     919 Third Avenue
     New York, New York 10022
     Telephone: (212) 909-6000
     Fax: (212) 909-6836

     Special Aircraft Attorneys for Debtors and
     Debtors in Possession

22478917v3

June 4, 2007

          By:   /s/ Leo T. Crowley
                Leo T. Crowley (LC-1311)
                PILLSBURY WINTHROP SHAW PITTMAN LLP
                1540 Broadway
                New York, New York 10036
                Telephone: (212) 858-1000
                Fax: (212) 858-1500

                Counsel to The Bank of New York, as Indenture Trustee

22478917v3

June 4, 2007

                    By:  /s/ F. Mark Fucci
                        Michael J. Reilly (MR 6994)
                        F. Mark Fucci (Pro Hac Vice)
                        Ronald J. Silverman (RS 7762)
                        BINGHAM McCUTCHEN LLP
                        399 Park Avenue
                        New York, New York 10022
                        Telephone: (212) 705-7000
                        Fax: (212) 752-5378

                        Counsel to The Bank of New York, as
                        Indenture Trustee

22478917v3

The terms of the Stipulation as set forth above are SO ORDERED this ____ day of June, 2007.

_____
HONORABLE ADLAI S. HARDIN
UNITED STATES BANKRUPTCY JUDGE